# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>CONTENTS OF ALASKA USA FEDERAL CREDIT UNION ACCOUNT 4780183_70 UP TO THE AMOUNT OF $5,253,910.25 | ) ) ) ) ) Case No. 3:19-mj-00611-MMS |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ____Alaska____ is subject to forfeiture to the United States of America under ___18___ U.S.C. §§ ___981(a)(1)___ *(describe the property)*:

CONTENTS OF ALASKA USA FEDERAL CREDIT UNION ACCOUNT 4780183_70 UP TO THE AMOUNT OF $5,253,910.25

The application is based on these facts:

See Affidavit of Special Agent Tyler L. Vose, incorporated here by reference.

☑ Continued on the attached sheet.

*Applicant's signature*

FBI Special Agent Tyler L. Vose
*Printed name and title*

Sworn to before me and signed in my presence.

Date: DEC 11, 2019

*Judge's signature*

United States Magistrate Judge, Matthew M. Scoble
*Printed name and title*

City and state: Anchorage, Alaska